FORM VAN−094a

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:05−bk−15670−RTB

GIAMMODA LEWIS MILLER  Chapter: 7
3425 E CHANDLER BLVD #228
PHOENIX, AZ 85048
**SSAN:** xxx−xx−8420
**EIN:**

LAUREN MILLER
aka LAUREN REED
3425 E CHANDLER BLVD #228
PHOENIX, AZ 85048
**SSAN:** xxx−xx−7096
**EIN:**

Debtor(s)

## ORDER RE: NON−PAYMENT OF REQUIRED FILING FEE

GIAMMODA LEWIS MILLER has filed the following document without payment of the full filing fee required by 28 USC Section 1930(b).

- ☑ $26.00 Fee for filing an Amendment to the Mailing List or Debtors(s) Schedules of creditors, Schedule D, E or F. Amendments which incur the filing fee include; adding creditors, deleting creditors, or changing the amount or classification of a debt.
- ☐ $150.00 Fee for filing a Motion: for Relief from Stay; to Modify the Stay; to Compel Abandonment; or to Withdraw the Reference of a Case or Proceeding.
- ☐ $15.00 Fee for a Creditor or Trustee filing a Motion to Convert a Case to Chapter 7.
- ☐ $155.00 Fee for Chapter 7 or 13 cases and $800.00 Fee for Chapter 11 Cases for filing a Motion to Reopen a Closed Case.
- ☐ $39.00 Fee for filing any paper not in a case or proceeding for which a filing fee has been paid, including Registering a Judgement from another District.

−− Order continued on 2nd page −−

IT IS ORDERED that the document is deemed lodged, not filed, and that no further action shall be taken by the court on such document until the full filing fee has been paid.

IT IS FURTHER ORDERED that if the case trustee is the filing party that the document shall be deemed lodged, not filed, and that no further action shall be taken by the court until the trustee either pays the filing fee or files a statement that there are insufficient funds in the estate to pay the filing fee. The trustee shall then pay the filing fee as soon as estate funds are available.

**Date:** September 12, 2005      BY THE COURT

**Address of the Bankruptcy Clerk's Office:**      HONORABLE Redfield T. Baum Sr.
U.S. Bankruptcy Court, Arizona      United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

**DO NOT SEND CASH BY MAIL; MAKE CASHIER'S CHECK OR MONEY ORDER PAYABLE TO: CLERK, U.S. BANKRUPTCY COURT**